IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00170-MR-WCM

| | |
|---|---|
| ERIC DEVON PARSONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| UNITED COLLECTIONS BUREAU, INC. ) | |
| *doing business as* UCB, Inc., ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court following the undersigned's October 2, 2023 Order, Doc. 38, and Plaintiff's subsequent "Memorandum to Show Cause" (the "Response," Doc. 39).

The Response requests that the Court construe Plaintiff's Notice of Voluntary Dismissal with Prejudice (the "Notice," Doc. 37) as a stipulation of dismissal. A stipulation under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, though, must be signed by all parties who have appeared, and the Notice has been signed only by Plaintiff. Accordingly, the undersigned **DECLINES** to construe the Notice as a stipulation of dismissal.

However, in the Court's discretion, and in light of Plaintiff's representation that the parties have reached a settlement, the undersigned will construe the Notice as a Notice of Settlement.

1

**IT IS THEREFORE ORDERED THAT**:

1. The October 2, 2023 Order to Show Cause is **DISCHARGED**.

2. The parties shall file, on or before **October 31, 2023**, an agreement for the entry of judgment or a stipulation of dismissal that has been signed by all parties.

Signed: October 12, 2023

W. Carleton Metcalf
United States Magistrate Judge