IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00170-MR-WCM

| | |
|---|---|
| ERIC DEVON PARSONS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED COLLECTIONS BUREAU, INC. )<br>*doing business as* UCB, Inc., )<br>)<br>Defendant. )<br>_____ ) | ORDER |

This matter is before the Court following the filing of Plaintiff's Notice of Voluntary Dismissal with Prejudice (the "Notice," Doc. 41).

For the reasons set forth in the undersigned's October 13, 2023 Order (Doc. 40), the Notice is **DISREGARDED**. The parties are **DIRECTED TO REVIEW** that Order and the provisions of Rule 41 of the Federal Rules of Civil Procedure closely before making further filings.

The parties remain under an obligation to file an agreement for the entry of judgment or a stipulation of dismissal <u>that has been signed by all parties</u> on or before **October 31, 2023**.

It is so ordered.

Signed: October 17, 2023

W. Carleton Metcalf
United States Magistrate Judge